# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00257-CR

**Michael Joseph Taplin, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 05-1000-K368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Michael Joseph Taplin seeks to appeal his conviction for two counts of aggravated sexual assault of a child. The pro se notice of appeal was filed two months after sentence was imposed. *See* Tex. R. App. P. 26.2(a). The trial court has certified that this is a plea bargain case and Taplin has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). The court has also certified that Taplin waived the right of appeal. *See Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   May 22, 2007

Do Not Publish